**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **Penelope Ann Harod , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
(480) 999-4556
**Robert T. Mills ,**
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
(480) 999-4556

**Defendant**(s):   **Southwest Airlines Co. , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Autumn E. Lewis ,**
Clyde & Co US LLP
One North Central Avenue, Suite 1030
Phoenix, AZ  85004
(480) 746-4580
**Edward P. Tarolli (Pro Hac Vice application to be submitted),**
Clyde & Co US LLP
One North Central Avenue, Suite 1030
Phoenix, AZ  85004
(480) 746-4580

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2026-014933**

<u>II. Basis of Jurisdiction</u>:

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-

Defendant:-

<u>IV. Origin</u> :
<u>V. Nature of Suit</u>:

<u>VI.Cause of Action</u>:

<u>VII. Requested in Complaint</u>

Class Action:

Dollar Demand:

Jury Demand:

**4. Diversity (complete item III)**

**1 Citizen of This State**

**5 Non AZ corp and Principal place of Business outside AZ**

**2. Removed From State Court**
**310 Airplane**

**U.S.C. Sections 1331, 1332, 1441, and 1446**

**No**

**Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Autumn E. Lewis</u>

　　**Date:** <u>07/23/2026</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014