Autumn E. Lewis (SBN 037944)
Edward P. Tarolli (*pro hac vice* application to be submitted)
CLYDE & CO US LLP
One North Central Ave, Ste 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580
Facsimile: (480) 746-4556
Email:  autumn.lewis@clydeco.us
         ed.tarolli@clydeco.us

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penelope Ann Harod, an individual, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> Southwest Airlines Co., a Texas ) Corporation; Black Corporations 1-10; ) White Partnerships 1-10; and DOES 1-10) <br><br> Defendants. ) | Case No.  2:26-cv-05215 <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** <br><br> (Assigned to the Honorable James F. Metcalf) |

Defendant Southwest Airlines Co. ("Southwest Airlines"), by and through its attorneys, Clyde & Co US LLP, hereby submits its Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. Plaintiff does not oppose this Motion.

1.    On April 8, 2026, plaintiff initiated an action for discrimination and negligence against Southwest Airlines in the Superior Court of Arizona for Maricopa County ("state court").

//

SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

2.      On July 23, 2026, Southwest Airlines removed the action to the United States District Court for the District of Arizona, pursuant to Under 28 U.S.C. § 1331, 1332, 1441, and 1446. The removal was based upon diversity and federal question jurisdiction.

3.      The removal was accomplished prior to any responsive pleading being due in state court by Southwest Airlines, and further relinquished the state court of all jurisdiction over the case. *See* 28 U.S.C. § 1446(d); *Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano*, 589 U.S. 57, 63-64, 140 S.Ct. 696, 700, 206 L.Ed. 1 (2020).

4.      Under the circumstances of this case and time of service, pursuant to Fed. R. Civ. P. 81(c)(2), Southwest Airlines' answer or other response to the complaint is due on July 30, 2026 (7 days after the notice of removal was filed).

5.      In order for Southwest Airlines' counsel to fully and properly evaluate the allegations and circumstances of the suit, Southwest Airlines requests the deadline for filing an answer or otherwise responding to Plaintiffs' complaint be extended to August 6, 2026.

6.      Counsel has consulted with Plaintiff's counsel on this matter, and Plaintiff has no objection and does not oppose the requested extension.

WHEREFORE, Southwest Airlines respectfully requests this Honorable Court to enter an order extending the deadline for Southwest Airlines to answer or otherwise respond to Plaintiff's complaint up to and including August 6, 2026 and for such other relief the Court deems just and appropriate.

Dated: July 30, 2026

CLYDE & CO US LLP

By: _____
    AUTUMN E. LEWIS
    EDWARD P. TAROLLI
    Attorneys for Defendants
    SOUTHWEST AIRLINES CO.

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system.  I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Lisa Vera*

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

3

**SERVICE LIST**

| | |
|---|---|
| Robert T. Mills<br>Sean A. Woods<br>Mills + Woods Law, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br><br>Attorney for Plaintiff,<br>PENELOPE ANN HAROD | Telephone: (480) 999.4556<br>Email: docket@millsandwoods.com<br>swoods@millsandwoods.com |

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT