IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Penelope Ann Harod, an individual,

        Plaintiff,

    v.

Southwest Airlines Co., a Texas Corporation; Black Corporations 1-10; White Partnerships 1-10; and DOES 1-10

        Defendants.

Case No.  2:26-cv-05215

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Court, having reviewed the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Dkt. 4), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint is GRANTED.

//

//

//

//

1

ORDER GRANTING SOUTHWEST AIRLINES CO.'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**IT IS FURTHER ORDERED** that Defendant Southwest Airlines Co. ("Southwest Airlines"), shall have until and including August 6, 2026 to answer, move, or otherwise plead in response to Plaintiff Penelope Ann Harod's Complaint [Dkt. 1-2, at 12-19].

ORDER GRANTING SOUTHWEST AIRLINES CO.'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT