IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penelope Ann Harod, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Southwest Airlines Co., a Texas )<br>Corporation; Black Corporations 1-10; )<br>White Partnerships 1-10; and DOES 1-10 )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | Case No.  2:26-cv-05215<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The Court, having reviewed the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Dkt. 5), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint is GRANTED.

//

//

//

//

1

ORDER GRANTING SOUTHWEST AIRLINES CO.'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**IT IS FURTHER ORDERED** that Defendant Southwest Airlines Co. ("Southwest Airlines"), shall have until and including August 13, 2026 to answer, move, or otherwise plead in response to Plaintiff Penelope Ann Harod's Complaint [Dkt. 1-2, at 12-19].

ORDER GRANTING SOUTHWEST AIRLINES CO.'S STIPULATED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT