Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for [Plaintiff(s)/Defendant(s)]*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Penelope Ann Harod, an individual,<br>Plaintiff,<br>vs.<br>Southwest Airlines Co., a Texas corporation,<br>Defendant. | Case No.: CV-26-5215-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT AS OF RIGHT BY SEPTEMBER 3, 2026**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff Penelope Ann Harod ("Plaintiff") hereby gives notice that she does not intend to file a Response to Southwest Airlines Co.'s ("Defendant's") Motion to Dismiss (the "MTD"), filed Aug. 13, 2026, ECF No. 8. Instead, she intends to file a First Amended Complaint, which will moot the MTD, by September 3, 2026. Plaintiff has the right to do so as a matter of course without the need for party consent or court order, as September 3, 2026 is twenty-one days after the MTD was filed. *See* Fed. R. Civ. P. 15(a)(1)-(2).

///

///

///

**RESPECTFULLY SUBMITTED** this 28th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By *__/s/ Sean A. Woods__*
Robert T. Mills
Sean A. Woods
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Autumn E. Lewis
autumn.lewis@clydeco.us
Edward P. Tarolli (*pro hac vice* application to be submitted)
ed.tarolli@clydeco.us
**CLYDE & CO US LLP**
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendant Southwest Airlines Co.*

*__/s/ Ben Dangerfield__*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556