Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Penelope Ann Harod, an individual,<br>Plaintiff,<br>vs.<br>Southwest Airlines Co., a Texas corporation,<br>Defendant. | Case No.: CV-26-5215-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 15.1(b) of the Local Rules of Civil Procedure, Plaintiff Penelope Ann Harod ("Plaintiff") hereby gives notice that this same day she filed her First Amended Complaint and Demand for Jury Trial in this action (the "FAC"), as a matter of course. Attached as "**Exhibit 1**" hereto is a copy of the FAC indicating in what respects it differs from the original Complaint via striking through text that was deleted and underlining text that was added.

///

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 3rd day of September 2026.

**MILLS + WOODS LAW, PLLC**

By *    /s/ Sean A. Woods    *
Robert T. Mills
Sean A. Woods
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Autumn E. Lewis
autumn.lewis@clydeco.us
lisa.vera@clydeco.us
patricia.inabnet@clydeco.us
Edward P. Tarolli (*pro hac vice* application to be submitted)
**CLYDE & CO US LLP**
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendant Southwest Airlines Co.*

*/s/ Ben Dangerfield*