Autumn E. Lewis (SBN 037944)
Edward P. Tarolli (*pro hac vice* application to be submitted)
CLYDE & CO US LLP
One North Central Ave, Ste 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580
Facsimile: (480) 746-4556
Email: autumn.lewis@clydeco.us
ed.tarolli@clydeco.com

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Penelope Ann Harod, an individual,

Plaintiff,

v.

Southwest Airlines Co., a Texas Corporation; Black Corporations 1-10; White Partnerships 1-10; and DOES 1-10

Defendants.

Case No. 2:26-cv-05215-DWL

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

(Assigned to the Honorable Dominic W. Lanza)

Defendant Southwest Airlines Co. ("Southwest Airlines"), by and through its attorneys, Clyde & Co US LLP, hereby submits its Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint. Plaintiff does not oppose this Motion.

1. On April 8, 2026, plaintiff initiated an action for discrimination and negligence against Southwest Airlines in the Superior Court of Arizona for Maricopa County ("state court").

/ /

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

2. On July 23, 2026, Southwest Airlines removed the action to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1331, 1332, 1441, and 1446. The removal was based upon diversity and federal question jurisdiction.

3. The removal was accomplished prior to any responsive pleading being due in state court by Southwest Airlines, and further relinquished the state court of all jurisdiction over the case. *See* 28 U.S.C. § 1446(d); *Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano*, 589 U.S. 57, 63-64, 140 S.Ct. 696, 700, 206 L.Ed. 1 (2020).

4. On August 13, 2026, Southwest Airlines responded to plaintiff's complaint with a Motion to Dismiss, based on Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

5. Plaintiff filed her amended complaint on September 3, 2026. Under Federal Rule of Civil Procedure 15(a)(3), Southwest Airlines has fourteen (14) days to answer or otherwise respond to the amended complaint. Therefore, September 17, 2026, is Southwest Airlines' deadline to respond to plaintiff's amended complaint.

6. In order for Southwest Airlines' counsel to fully and properly develop a response to plaintiff's amended claims, Southwest Airlines requests the deadline for filing an answer or otherwise responding to Plaintiffs' complaint be extended to October 1, 2026.

7. Counsel has consulted with Plaintiff's counsel on this matter, and Plaintiff has no objection and does not oppose the requested extension.

WHEREFORE, Southwest Airlines respectfully requests this Honorable Court to enter an order extending the deadline for Southwest Airlines to answer or otherwise respond to Plaintiff's amended complaint up to and including October 1, 2026, and for such other relief the Court deems just and appropriate.

/ /

/ /

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

Dated: September 15, 2026

CLYDE & CO US LLP

By: */s/ Autumn E. Lewis*
AUTUMN E. LEWIS
EDWARD P. TAROLLI
Attorneys for Defendants
SOUTHWEST AIRLINES CO.

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*<u>/s/ Lisa Vera</u>*
LISA VERA

CLYDE & CO LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580

**SERVICE LIST**

| | |
|---|---|
| Robert T. Mills<br>Sean A. Woods<br>Mills + Woods Law, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br><br>Attorney for Plaintiff,<br>PENELOPE ANN HAROD | Telephone: (480) 999.4556<br><br>Email: docket@millsandwoods.com<br>swoods@millsandwoods.com |