IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penelope Ann Harod, an individual,<br>Plaintiff,<br>v.<br>Southwest Airlines Co., a Texas Corporation; Black Corporations 1-10; White Partnerships 1-10; and DOES 1-10<br>Defendants. | Case No. 2:26-cv-05215-DWL<br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

The Court, having reviewed the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint (Dkt. 19), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint is GRANTED.

/ /

/ /

/ /

**IT IS FURTHER ORDERED** that Defendant Southwest Airlines Co. ("Southwest Airlines"), shall have until and including October 1, 2026 to answer, move, or otherwise plead in response to Plaintiff Penelope Ann Harod's Amended Complaint [Dkt. 17].