Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Penelope Ann Harod, an individual,<br>Plaintiff,<br>vs.<br>Southwest Airlines Co., a Texas corporation,<br>Defendant. | Case No.: CV-26-5215-PHX-DWL<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(First Request)<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Local Rule of Civil Procedure 7.3, Plaintiff Penelope Ann Harod ("Plaintiff") hereby respectfully moves for an extension of the time for her to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 21, until up to and including November 9, 2026. No previous extension of this deadline has been granted or requested, and Defendant agrees to the requested relief.

Good cause exists for an extension. Plaintiff's counsel's wife is scheduled to undergo surgery this week, and he needs to devote a significant amount of time this week attending to and caring for her.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

In light of the foregoing, Plaintiff respectfully requests that her time to respond to Defendant's Motion for Dismiss her First Amended Complaint be extended until up to and including November 9, 2026.

**RESPECTFULLY SUBMITTED** this 2nd day of November 2026.

**MILLS + WOODS LAW, PLLC**

By *___/s/ Sean A. Woods________*
Robert T. Mills
Sean A. Woods
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Autumn E. Lewis
autumn.lewis@clydeco.us
lisa.vera@clydeco.us
patricia.inabnet@clydeco.us
Edward P. Tarolli (*pro hac vice* application to be submitted)
**CLYDE & CO US LLP**
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendant Southwest Airlines Co.*

*/s/ Ben Dangerfield*