MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Penelope Ann Harod, an individual,<br>Plaintiff,<br>vs.<br>Southwest Airlines Co., a Texas corporation,<br>Defendant. | Case No.: CV-26-5215-PHX-DWL<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

THE COURT, having reviewed "Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss First Amended Complaint" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than November 9, 2026 to file her Response to Defendant's Motion to Dismiss her First Amended Complaint, ECF No. 21.